## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Ashley Suntken
v.
Rudolph Garza, et al.

Case Number: 08 CV 4383

AN APPEARANCE IS HEREBY FILED BY  THE UNDERSIGNED AS ATTORNEY FOR:

Ashley Suntken

| | |
|---|---|
| NAME (Type or print)<br>Richard L. Pullano | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/  Richard L. Pullano | |
| FIRM<br>Law Offices of Richard L. Pullano, P.C. | |
| STREET ADDRESS<br>100 W. Monroe - 19th Floor | |
| CITY/STATE/ZIP<br>Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>(312) - 551-1100 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☑   NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐