AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ASHLEY SUNTKEN,

CASE NUMBER: 08cv4383

V.

ASSIGNED JUDGE: St. Eve

RUDOLPH GARZA, SEAN CAMPBELL,
STEVEN SAUTKUS, KEVIN QUAID,
VICTOR RIVERA, DANIEL LOPEZ, and
CITY OF CHICAGO,

DESIGNATED
MAGISTRATE JUDGE: Brown

TO: (Name and address of Defendant)

Rudolph Garza
Chicago Police Department Headquarters
3510 South Michigan Avenue
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ekl Williams PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, IL 60532

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

*J. Cervantes* (signature)

August 5, 2008

---
(By) DEPUTY CLERK

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 8/11/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| JOHN J. MAZZOLA | PRIVATE DETECTIVE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CHICAGO POLICE DEPARTMENT to PAT MARTIN SUBPOENA SECTION CPD

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/12/08
*Date*

*Signature of Server*  John J. Mazzola

*Address of Server*

DELORTO, MAZZOLA & ASSOCIATES
9 SOUTH VAN BUREN
BATAVIA, IL 60510-2641

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.