AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ASHLEY SUNTKEN,

CASE NUMBER: 19dw5494

V.

ASSIGNED JUDGE: Iu/ Fwf

RUDOLPH GARZA, SEAN CAMPBELL,
STEVEN SAUTKUS, KEVIN QUAID,
VICTOR RIVERA, DANIEL LOPEZ, and
CITY OF CHICAGO,

DESIGNATED
MAGISTRATE JUDGE: Cspxo

TO: (Name and address of Defendant)

Daniel Lopez
Chicago Police Department Headquarters
3510 South Michigan Avenue
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ekl Williams PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, IL 60532

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

Njdi bf rfX /!Epccjot -!Drfisl



)Cz*!EFQVUZ!DMFSL

Bvhvt u6-I3119

Ebuf

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | | DATE 8/11/08 |
| NAME OF SERVER (PRINT) JOHN J. MAZZOLA | | TITLE PRIVATE DETECTIVE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): __CHICAGO POLICE DEPARTMENT to PAT MARTIN SUBPOENA SECTION CPP__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __8/12/08__      __[signature] John J. Mazzola__
           Date                Signature of Server

_____
Address of Server

DELORTO, MAZZOLA & ASSOCIATES
9 SOUTH VAN BUREN
BATAVIA, IL 60510-2641

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.